Court Criminal Appeals 13,481-27
* Austin, TEXAS *
* Writ # 13,481 *

In Re:
R Wayne Johnson,
Relator,

* VS *

Court Appeals, 10th
Waco, TX

Cause No:
10-15-00156-
VOID
RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 17 2015
Abel Acosta, Clerk

* Petition For Writ of MANDAMUS *

EN BANC:

1) Jurisdiction: article 5, Sect 5(c) Tx. Const.

2) Ex Parte Johnson, 2014 TX App-LEXIS-11746 "Restraint on Liberty (Loss good time)-is "Criminal-LAW matter"..

3) Writ Mandamus To Vacate-VOID order (ELLIS Cty) #10-15-00156 deemed FRIVOLOUS Rule 52.11. (SANCTIONED W/O HEARING) ALSO (399SW348-2013 ($5,218.00 fees- 180 DAYS time)

(1)

4) In Re Acceptance, 33 SW3d 443 - 451
Const LAW-303: "due process, protection-
Notice - HEARING - necessary for contempt-
AND Before imposing SANCTIONS.." Rule 215.1
HAYes, 920 SW2d at 346! Sears, 293 SW2d 639-
42 (1956)

A) Batz: (at 454) 946 SW2d 857 - ("SPONTANEOUS
imposition of SANCTIONS w/o Hearing vio-
lates due process - VOID .." BENNET, 960 SW
2d 35 (TX)
B) "IN ABSENTIA" ACL o.j.v - 907 SW2d 486 (TX) -40

5) Shelton, 122 SCt 1784 - "MAY" LOSS, physic-
al Liberty, requires atty." LASSiter 101
SCt 2153 - "if he loses - Loss physical LIBER-
TY - atty" Gault, 87 SCt 145 - (SAme)
Hill 105 SCt at 2738 (same).

6) article 1 - Sect 1 - TX Const. mandates court,
"Adhere To U.S. Sup. Ct decisions" (Supre-
macy Clause" EichelBerger, 582 SW2d 395
(TX):
Roper, 125 SCt 1186 - 1229 - "only we can
overrule our own cases.."

(2)

7)"VOID orders - NO force - _nullity_." IN Re _Garza_, 126 SW3d 268..

A)" _NOT ADVISED_ of right to counsel - required by _statute_, denies due process - VOID proceedings" _Castro_, 998 SW2d 935 - _Gonzales_ 945 SW2d 830 (CCA)

B) Judge _Reed_, 901 SW2d 604 - represented by counsel." (4th - S. ANT): _Busby_, 921 S. W. 2d 389 - _Cantu_, 961 SW2d 482 - _Durham_ 921 SW2d 482..

8) Thus, respondents' _Biased_ - Blantantly OBVIOUS..

A) Orders violate due process - 14th AMendment:
"WAIVES all _Immunity_" 126 SCt 877 -"
(Actually violates 14th Amend "TRUMPS Immunity. EP _Virg_ - 100 US - 330

B) _In Re Johnson_, 2011 T+ APP LEXIS - 8593 (VOID order - 500.00 _fine VACated_ -" Judge Self:

Wherefore - court must order 10th court to VACate - VOID order

(3)

SANCTION – NO Hearing – NO due PROCESS – VOID,

Adhere To U.S. SupCt – U.S. Const, – per art 6 oath – art 1 – Sect 1 – TX Const,

Verified: I declare all is true 2805C 1746..

Respectfully,
R Wayne Johnson #83756
9601 Spur 591
Amarillo, TX 79107-9606

(4)

Woodard, 118 SCt 1244-55 (parole case) -
"ONCE state ESTABLishes a procedure it MUST comport with FUNdamental fairness mandated By due process."
TO get "FUN-FAIRN-" ~~once~~ ONE MUST personally APPEAR (parole Bd)! to cross-EXAMINE, ADVERSE WITNESS present EVIDENCE (as in disciplinary) parole NO different: ARLington, 232 SW3d 238-250 cross-EXAM (Admin Law-Procedure 463.1 - not confined to court trials - also Applies to ADMIN hearings!"
[redacted] denies FUNdam fairness for failure to [redacted] our teachings - thereby - "ERODING the PRINCIP- [redacted] decision." Loper, 92 SCt 1014-1032 - TUCKER, [redacted] 589-93
[redacted] "rules" "violate state laws SO VOID."
Jones 58 SW3d 148-54
(Due process IN parole: 1) NOTICE, 2) OPPORTUNITY to Be heard) 28 SW3d 553 - Ex parte Barry, 109 SW3d 510)
"ONCE a right is conferred, it may NOT Be deprived SANS procedural due process safeguards" Loudermill 105 SCt 1487-93 (parole statutes) Huh? (PROPERTY Right in PAROLE) ??
YOUNG 356 F.3d 616-27 - "a duly enacted statute that confers a procedural or - SUBSTANTATIVE right is a VESTED right." SUBAW, 84 SW3d 212 (T+) CONSTITUTIONAL Law-92. "Vested right is property protected By the CONSTITUTION like any property."

402.021 GOV CODE: "atty general shall defend all suits in the supreme court, and court of appeals." HUM? (NO authority in state district ct) AG-ANSWERS parole-SUIT (YOU WIN)! as he can't - so - NO ONE w- authority timely ANSWERED - so default Judgment!
(YOU TWO WIN) PROVEN TWICE
SO MY AFFIDAVIT of (2) SUITS - TO WIN!

CAUSE NO. B 11685-11-01

| | | |
|---|---|---|
| IN RE | § | IN THE 242ND DISTRICT |
| | § | |
| R. WAYNE JOHNSON | § | COURT OF |
| | § | |
| RELATOR | § | SWISHER COUNTY, TEXAS |

## *Order Vacating Finding of and Punishment for Contempt*

The Court of Appeals for the Seventh District of Texas has held that the contempt committed by the relator was constructive in nature.

Accordingly, the finding of contempt and punishment of a fine of $ 500.00 previously imposed against R. Wayne Johnson is hereby vacated.

SIGNED on _____ Nov 1, 2011 _____

_____
JUDGE PRESIDING

*JUDGE:*
*SELF COMMITS CRIME: 39. 02:*
*OF OFFICIAL CAPACITY"*
*ABUSE*

lowed to charge fees.) Lynn Malone, a Waco attorney and the director of the Texas Criminal Defense Lawyers Association, notes dryly, "He probably has more skills than some who have law degrees." Inside the TDCJ system, Johnson's reputation has spread, aided by a legal column he wrote for a prisoners' rights paper. The publisher of the recently discontinued monthly, Anna Dobbyn, describes Johnson as "very unselfish" and adds, "He'll be a damn good paralegal for some lucky lawyer."

*TX MONTHLY - 1991*

In Re R. Wayne Johnson, Relator          ☐  Original Proceeding

No. 07-11-00334-CV  *VS:*          ☐  October 28, 2011          *R. WAYNE JOHNSON,*
                                                                  *A.K.A. "LEGAL EAGLE"*
                                    ☐  Opinion by Justice Campbell

*JUDGE ED SELF: (TULIA)*     * *GUARANTEED SUIT ON JUDGE: ARTICLE*
*242d COURT!*          JUDGMENT     *1, SECTION 19 - TX BILL RIGHTS: NO*
                                    *IMMUNITY FROM DAMAGES!* * *HISTORY*
                                                                  *SUIT!!*

Pursuant to the opinion of the Court, it is ordered, adjudged and decreed that * *HISTORY*

relator's petition for writ of mandamus is conditionally granted. Writ will issue only if the

trial court does not vacate its contempt finding and fine ($500.00)! *DUE PROCESS*
                                                                  *DENIED!*

* *AMARILLO-APPEALS Ct: 2011-WL-5118775 - VOID-ORDER-*
* *11-09488-DI: STATE COMM -JUDICIAL-      DENIED DUE*
*(JUDGE-SELF): DISCIPLINARY/CONDUCT*      *PROCESS* *

*TX-HISTORY-WIN! (ORDER IN TX PRISON MUSEUM!!)*